166 A.3d 230

STEVEN CALTABIANO, PLAINTIFF, v. GILDA
T. GILL, DEFENDANT-PETITIONER.

April 3, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002805–16 having been submitted to this Court, and the Court having considered the same on an expedited basis;

It is ORDERED that the petition for certification is denied.

It is further ORDERED that petitioner's request for emergent relief, filed pursuant to *Rule* 2:9–8, is denied.